IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT CO. OF MARYLAND, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-619 |
| v. | : | |
| | : | |
| PRICE & PRICE MECHANICAL, INC., et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of August, 2010, upon consideration of Defendants' Motion for Change of Venue (Docket No. 33) and the response thereto (Docket No. 34), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE